IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| INNOVATIONS SURGERY CENTER, P.C., )<br>and CENTER FOR GYN SURGERY, )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>UNITEDHEALTHCARE INSURANCE )<br>COMPANY, and )<br>OPTUM HEALTH, LLC, )<br>    Defendants. )<br>_____/ | Civil Action No. 21-cv-02680-PX |

**PLAINTIFFS' UNOPPOSED MOTION TO
CONTINUE HEARING SET FOR AUGUST 18, 2022 [Doc. 20]**

Plaintiffs Innovations Surgery Center, P.C. and Center for Gyn Surgery, by and through undersigned counsel, hereby ask this Court to enter an order continuing the hearing on Defendants' *Motion to Dismiss* (Doc. 17) currently set for August 18, 2022, at 10:00 a.m., and in support thereof state as follows:

1. Plaintiffs filed their Complaint on October 19, 2021.

2. The parties thereafter filed a Joint Motion for Extension of Time to establish a briefing schedule for the Defendants to respond to the Complaint (Doc. 9), and the Court entered an Order granting the relief requested and adopting the requested briefing schedule (Doc. 10).

3. Pursuant to the briefing schedule, the Defendants timely filed a Motion to Dismiss the Complaint on December 16, 2021 (Doc. 17), the Plaintiffs timely filed an Opposition Response to the Motion to Dismiss on January 17, 2022 (Doc. 18), and the Defendants timely filed a Reply on January 31, 2022 (Doc. 19).

4. On July 26, 2022, this Court entered an Order setting a hearing on the Motion to Dismiss for August 18, 2022, at 10:00 a.m. (Doc. 20).

5.      Unfortunately, lead counsel for the Plaintiffs, Salvatore G. Rotella, Jr., Esq., will be out of the office during the week of August 15 to 19, 2022, on a pre-planned and prepaid out-of-state vacation.  He therefore has a conflict with the hearing date of August 18, 2022.

6.      Plaintiffs accordingly request that the Court continue the August 18th hearing for a brief period of time – approximately two to three weeks.

7.      Plaintiffs have conferred with Defendants' counsel about the relief requested, and Defendants' counsel do not oppose a brief continuance of the hearing.

8.      Counsel for Plaintiffs and Defendants have reviewed their calendars and would be available for a continued hearing on any of the following dates (all day, unless indicated otherwise):  August 24, 25, 26; and September 7, 8 (only before 2:00 p.m. ET), 9, 12, 13, 15, or 16.

WHEREFORE, Plaintiffs respectfully request this Court enter an Order continuing the August 18th hearing on the Defendants' Motion to Dismiss and granting such other and further relief as this Court deems necessary and proper.

/s/   *Geoffrey G. Grivner*
**BUCHANAN INGERSOLL & ROONEY PC**
Geoffrey G. Grivner (Md. Fed. ID NO. 20174)
500 Delaware Avenue Suite 720
Wilmington, DE 18901
Tel.:    (302) 552-4200
Fax:    (302) 552-4295
Email:  geoffrey.grivner@bipc.com

Salvatore G. Rotella, Jr. (admitted *pro hac vice*)
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA  19102
Tel.:    (215) 665-5365
Email:  salvatore.rotella@bipc.com

Blake J. Delaney (admitted *pro hac vice*)
401 E. Jackson Street, Suite 2400
Tampa, FL  33602-5236
Tel.:    (813) 222-8180
Email:  blake.delaney@bipc.com

Attorneys for Plaintiffs Innovations Surgery Center, P.C. and Center for Gyn Surgery

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of August 2022, a copy of Plaintiffs' Unopposed Motion to Continue Hearing Set for August 18, 2022 was filed electronically with the Clerk of the Court for the United States District Court for the District of Maryland using the CM/ECF system and accomplished service via the same.

 */s/ Geoffrey G. Grivner*
Geoffrey G. Grivner (Md. Fed. ID NO. 20174)
**BUCHANAN INGERSOLL & ROONEY PC**
500 Delaware Avenue, Suite 720
Wilmington, DE 18901
Tel.:    (302) 552-4200
Fax:    (302) 552-4295
Email:  geoffrey.grivner@bipc.com